# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Angel Alexander Gutierrez-Romero, <br> Pedro Moises-Martinez, and <br> Jose Enrique-Gomez <br> *Defendant(s)* | Case No. **8:21MJ2228CPT** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 13, 2021__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b) | Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony Velez, Special Agent, ICE-HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: **DECEMBER 17, 2021**

*Judge's signature*

City and state: Tampa, FL

CHRISTOPHER P. TUITE, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## Introduction and Agent Background

1. I, Anthony Velez, am a Special Agent with the United States Immigration and Customs Enforcement-Homeland Security investigations (ICE-HSI), and currently assigned to the Tampa District Office. I have been a law enforcement officer for approximately 24 years, 21 of those years I have served as a Special Agent with the HSI. During this time, I have served as a Special Agent assigned to the HSI-Tampa Office. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine, methamphetamine, marijuana etc.

2. Since May 2020, I have been assigned as a Special Agent to Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), CGIS, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

## Statutory Authority

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

    a. ANGEL ALEXANDER GUTIERREZ-ROMERO

    b. PEDRO MOISES-MARTINEZ, and

    c. JOSE ENRIQUE-GOMEZ

all of whom are either Venezuelan, Colombian, or Dominican nationals, for knowingly and willfully conspiring to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and 21 U.S.C §§ 960(b)(1)(B)(ii).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5. The United States Coast Guard has the authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to

enforce federal laws.

## Probable Cause

6.　On or about December 13, 2021, while on patrol, a Maritime Patrol Aircraft ("MPA") identified a target of interest Go-Fast Vessel ("GFV") with 03 people on board (POB), 02 outboard engines (OBE), and reported packages visible on deck, approximately 142 nautical miles (NM) north of Aruba, in international waters. The GFV displayed no indicia of nationality and there were packages visible on deck. HNLMS HOLLAND (HOLL) was patrolling nearby and launched the embarked United States Coast Guard Law Enforcement Detachment (LEDET) 109 to intercept the GFV.

7.　HNLMS HOLLAND small boats gained positive control of the GFV and conducted a right of visit boarding to determine the nationality, if any, of the GFV. The vessel displayed no flag, registration documents, or other indicia of nationality were observed. The boarding team identified the following three crewmembers on board the GFV: **ANGEL ALEXANDER GUTIERREZ-ROMERO, PEDRO MOISES-MARTINEZ, and JOSE ENRIQUE-GOMEZ. GUTIERREZ-ROMERO** was identified as the master of the GFV and claimed Venezuelan nationality for himself and no claim of nationality for the vessel. Therefore, and in accordance with 46 U.S.C. §§ 70502(c)(1)(A) and (d)(1)(C), the U.S. Coast Guard treated the subject GFV as one without nationality and therefore a vessel subject to the jurisdiction of the United States.

8. The MPA reported 8 bales jettisoned from the GFV. HNLMS HOLLAND recovered 4 bales with suspected contraband and conducted two narcotics identification kit (NIK) tests on said contraband, which resulted in positive results for cocaine. The Coast Guard seized the suspected cocaine, which weighed approximately 110 kilograms.

## Conclusion

9. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that **ANGEL ALEXANDER GUTIERREZ-ROMERO, JOSE ENRIQUE-GOMEZ** and **PEDRO MOISES-MARTINEZ** while aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. §§ 960(b)(1)(B)(ii).

_____
Anthony Velez
Special Agent, ICE-HSI

Sworn to by the applicant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure via telephone on this 17 day of December 2021.

_____
CHRISTOPHER P. TUITE
United States Magistrate Judge